■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY BOLOGNA, Appellant. — Judgment, Supreme Court, Bronx County (Schackman, J.), rendered on February 13, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ GLORIA VALDES, Respondent, v ALBERT LEVY, Appellant. — Appeal from order, Family Court of the State of New York, New York County (Thorpe, J.), entered on August 7, 1981, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD WARE, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on July 20, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA YANIK, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on March 31, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Ross, Carro and Milonas, JJ.